UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUANDA MORRISON,

            Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

            Defendant.

Case No. C11-0936-JCC

ORDER

After careful consideration of Plaintiff's complaint, the parties' briefs, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the balance of the record, the Court orders as follows:

(1) The Court adopts the Report and Recommendation.

(2) The Commissioner's decision is REVERSED and the case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 30th day of March, 2012.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER - 1